IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE AND TRAINEE PROGRAM FUND, | ) | 11CV 3352 |
| Plaintiffs, | ) | Judge Chang |
| v. | ) | |
| UJAMAA CONSTRUCTION, INC. | ) | |
| Defendant. | ) | |

## Agreed Order of Dismissal

Whereas, the parties have conferred and have reached an agreement that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction.

IT IS HEREBY ORDERED:

1. That the Defendant shall pay to the Plaintiffs $102,952.13 in accordance with the following schedule:
    - $34,317.38 on or before September 15, 2012;
    - $34,317.38 on or before October 15, 2012; and
    - $34,317.38 on or before November 15, 2012;

2. That the Defendant shall remain current in its ERISA monthly reporting and payment obligations to the Plaintiffs.

3. That if the Defendant defaults on either paragraphs 1 or 2, the Plaintiffs shall have the right to reinstate this case for the sole purpose of entering judgment for the balance owed pursuant to this Order, plus any additional unpaid ERISA contributions incurred, accrued interest, liquidated damages and Plaintiffs' attorney fees expended in enforcing this order.

4. This case is dismissed without prejudice with leave to reinstate on or before January 15, 2013.

5. In the event a motion to reinstate is not filed on or before January 15, 2013 the case shall be deemed dismissed with prejudice without further order of the Court.

6. Each party shall bear its own attorney's fees and costs.

ENTERED: Edmond E. Chang

UNITED STATES DISTRICT JUDGE

DATED: 8/29/12

AGREED TO:

For Plaintiffs:

8/28/12

John Libby
Manager, Audits & Collection

AGREED TO:

For Defendant

JIMMY AKINTONDE
UJAMAA CONSTRUCTION INC.